## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br><br>         v.<br><br>YANG ZHANG,<br><br>           Defendant, | Case No. 5:21-po-00335-MLC |

---

**REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE COUNT**

---

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss with prejudice the petty offense count charged herein in Count One (VN E1057209) against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Said dismissal would be in the best interest of justice.

L. ROBERY MURRAY
Acting United States Attorney

By:   */s/  Stephanie Hambrick*
STEPHANIE HAMBRICK
Assistant United States Attorney

---

**LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE COUNT**

---

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense count charged herein in Count One with prejudice.  The count is hereby dismissed with prejudice.

By:  _____

      MARK L. CARMAN          DATE
      UNITED STATES MAGISTRATE JUDGE